FILED
14 APR 30 PM 3:10
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JESUS LOPEZ,

Plaintiff,

vs.

CITY OF IMPERIAL, CHIEF MICHAEL COLOGNE, ALBERT VALENZUELA, EDMAND ESCALLADA, and Does 1 through 100,

Defendants.

CASE NO. 13-CV-597-BEN (WVG)

**ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

[Docket No. 26]

Before this Court is Defendants' Motion for Leave of Court to Allow Defendants to File a Supplemental Brief to Their Motion for Summary Judgment. (Docket No. 26). On April 22, 2014, the United States Supreme Court issued a decision in *Navarette v. California*, which Defendants assert bears directly upon Defendants' Motion for Summary Judgment. Defendants request permission to file a supplemental brief of no more than two pages to discuss the impact of the holding in *Navarette*. Defendants assert that they can file their supplemental briefing within 15 days of receiving notice that their motion has been approved.

For good cause shown, the Motion is **GRANTED IN PART**. Defendants have leave to file a supplemental brief of no more than two pages. In order to ensure that Plaintiff is not prejudiced by the supplemental briefing, Defendants are required to file

their brief **no later than May 12, 2014**.

**IT IS SO ORDERED.**

Dated: 4/30, 2014

HON. ROGER T. BENITEZ
United States District Judge