UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF IMPERIAL, *ET AL.*,<br><br>　　　　　　　　Defendants. | Case No.  13-cv-00597-BAS(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DATES**<br><br>(ECF No. 46) |

　　　Presently before the Court is a joint motion to continue pretrial dates in light of the continuance of the trial to June 7, 2016 and final pretrial conference to April 18, 2016.  (*See* ECF No. 45.)  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 46) and **ORDERS** as follows:

　　　1.　　The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than March 7, 2016.  Please be advised that failure to comply with this section may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

　　　2.　　Counsel shall confer and take the action required by Local Rule

|   |   |   |
|---|---|---|
| 1 |   | 16.1(f)(4)(a) no later than <u>March 14, 2016</u>. |
| 2 | 3. | Counsel for the Plaintiff(s) must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule 16.1(f)(6)(a) no later than <u>March 28, 2016</u>. |
| 5 | 4. | Written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures shall be filed and served no later than <u>March 28, 2016</u>. Please be advised that the failure to file written objections to a party's pretrial disclosures may result in the waiver of such objections, with the exception of those made pursuant to Rules 402 (relevance) and 403 (prejudice, confusion or waste of time) of the Federal Rules of Evidence. |
| 11 | 5. | The proposed pretrial order shall be lodged with chambers no later than <u>April 4, 2016</u> and shall be in the form prescribed in Local Rule 16.1(f)(6)(c). |

**IT IS SO ORDERED.**

DATED: February 3, 2016

Hon. Cynthia Bashant
United States District Judge